**Exhibit 1**: Racial Makeup Eastern District of Wisconsin[1]

| County | Population | % white | # white | % black | # black | % hispa | # hisp |
|---|---|---|---|---|---|---|---|
| Brown | 262052 | 88.3 | 231392 | 2.9 | 7600 | 8.7 | 22799 |
| Calumet | 50067 | 94.9 | 47514 | 0.7 | 350 | 4.4 | 2203 |
| Dodge | 87786 | 94.4 | 82870 | 3.3 | 2897 | 4.9 | 4302 |
| Door | 27483 | 96.8 | 26604 | 0.7 | 192 | 3.1 | 852 |
| Florence | 4371 | 96.6 | 4222 | 0.4 | 17 | 1 | 44 |
| Fond du Lac | 102548 | 94.3 | 96703 | 1.9 | 1948 | 5.2 | 5332 |
| Forest | 8970 | 80.3 | 7203 | 1.2 | 108 | 2.3 | 206 |
| Green Lake | 18760 | 97 | 18197 | 0.9 | 169 | 4.9 | 919 |
| Kenosha | 168521 | 87.5 | 147456 | 7.4 | 12471 | 13.2 | 22245 |
| Kewaunee | 20445 | 97.1 | 19852 | 0.6 | 123 | 3.1 | 634 |
| Langlade | 19160 | 95.4 | 18279 | 1 | 192 | 2.1 | 402 |
| Manitowoc | 79175 | 94.1 | 74504 | 1 | 792 | 4 | 3167 |
| Marinette | 40310 | 96.7 | 38980 | 0.6 | 242 | 1.7 | 685 |
| Marquette | 15308 | 96.4 | 14757 | 0.6 | 92 | 3.4 | 520 |
| Menomonee | 4615 | 11.7 | 540 | 0.9 | 42 | 5.6 | 258 |
| Milwaukee | 952085 | 64.6 | 615047 | 27.2 | 258967 | 15.1 | 143765 |
| Octonto | 37553 | 96.4 | 36201 | 0.4 | 150 | 1.8 | 676 |
| Outagamie | 186059 | 91.4 | 170058 | 1.4 | 2605 | 4.4 | 8187 |
| Ozaukee | 88,429 | 94.2 | 83300 | 1.6 | 1415 | 2.9 | 2564 |
| Racine | 196071 | 83.6 | 163915 | 11.9 | 23332 | 13.2 | 25881 |
| Shawano | 40935 | 88.4 | 36187 | 0.5 | 205 | 2.9 | 1187 |
| Sheboygan | 115344 | 90.1 | 103925 | 2.1 | 2422 | 6.5 | 7497 |
| Walworth | 103082 | 95.8 | 98753 | 1.3 | 1340 | 11.4 | 11751 |
| Washington | 135101 | 95.8 | 129427 | 1.2 | 1621 | 3.3 | 4458 |
| Waukesha | 400621 | 92.9 | 372177 | 1.6 | 6410 | 4.8 | 19230 |
| Waupaca | 51225 | 97.1 | 49739 | 0.6 | 307 | 3.2 | 1639 |
| Waushara | 24369 | 95.2 | 23199 | 2.2 | 536 | 6.7 | 1633 |
| Winnebago | 170414 | 92.4 | 157463 | 2.2 | 3749 | 4.1 | 6987 |
| **TOTAL** | **3410859** | **84** | **2475860** | **9.6** | **319237** | **8.7** | **300025** |

---

[1] Source: United States Census Bureau, *available at:* https://www.census.gov/quickfacts (last visited Jan. 2, 2019)