**Exhibit 2:** Defendants charged with drug trafficking crimes in Eastern District of Wisconsin (January 1, 2017 to June 30, 2018).

| Case Number | Defendant | Race |
|---|---|---|
| 17-cr-00001 | Joseph Komanekin | Native American |
| 17-cr-00003 | Darren Warner | White |
| 17-cr-00016 | Lance Bruette | White |
| 17-cr-00016 | Orvin Kay | White |
| 17-cr-00016 | Frank Lawrence | White |
| 17-cr-00016 | Mitchell Plantikow | White |
| 17-cr-00016 | Troy Plantikow | White |
| 17-cr-00016 | Lacey Stanick | White |
| 17-cr-00016 | Serena Johnson | Native American |
| 17-cr-00017 | Joshua Daniel | Black |
| 17-cr-00022 | Terry Richardson | Black |
| 17-cr-00023 | Kwesen Sanders | Black |
| 17-cr-00031 | Kenneth Churchill | White |
| 17-cr-00039 | William Howard | Black |
| 17-cr-00041 | Lee Hueckstaedt | White |
| 17-cr-00043 | Brady Pomeroy | White |
| 17-cr-00043 | Omar Sanchez | Hispanic |
| 17-cr-00043 | Zoey Scott | White |
| 17-cr-00043 | Zachary Hietpas | White |
| 17-cr-00043 | Curtis Whitaker | White |
| 17-cr-00043 | Teng Her | Asian |
| 17-cr-00043 | David Ly | Asian |
| 17-cr-00043 | Zachary Kryzaniak | White |
| 17-cr-00048 | Rosa Madosh | Native American |
| 17-cr-00048 | Mark Haney | Native American |
| 17-cr-00049 | Woody Nahquaddy | Native American |
| 17-cr-00049 | Mitchell Oshkosh | Native American |
| 17-cr-00049 | Austin Kaquatosh | Native American |
| 17-cr-00053 | Marcellino Mendez | Hispanic |
| 17-cr-00058 | Cory Daul | White |
| 17-cr-00058 | Kyle Herwald | White |
| 17-cr-00059 | Delilah Richardson | White |
| 17-cr-00062 | Joshua Brown | Black |
| 17-cr-00068 | Mark Thomas | Black |
| 17-cr-00077 | Charles Howard | Black |
| 17-cr-00077 | James Allen | Black |
| 17-cr-00077 | Joshua Cook | Black |
| 17-cr-00077 | Tremell Jordan | Black |

**Exhibit 2:** Defendants charged with drug trafficking crimes in Eastern District of Wisconsin (January 1, 2017 to June 30, 2018).

| | | |
|---|---|---|
| 17-cr-00077 | Tatalon Howard | Black |
| 17-cr-00077 | Christopher Howard | Black |
| 17-cr-00077 | Joseph Fowler | Black |
| 17-cr-00077 | Elizabeth Vanhemelryk | White |
| 17-cr-00077 | Carey Harris | White |
| 17-cr-00077 | Lonnie Whitaker | Black |
| 17-cr-00077 | Aaron Stands | Native American |
| 17-cr-00077 | Edward Allen | Black |
| 17-cr-00079 | Darius Trawick | Black |
| 17-cr-00083 | Kenneth Swock | White |
| 17-cr-00091 | Eric Broadnax | Black |
| 17-cr-00096 | Kavanaugh Coleman | Black |
| 17-cr-00096 | Joshua Brown | Black |
| 17-cr-00096 | Alexander Jenkins | Black |
| 17-cr-00096 | Mychal Sykes | Black |
| 17-cr-00096 | Olajway Veasy | Black |
| 17-cr-00096 | Shadell Burks | Black |
| 17-cr-00096 | Kendrick Davis | Black |
| 17-cr-00096 | Marcello Mays | Black |
| 17-cr-00096 | Omar Triggs | Black |
| 17-cr-00096 | John Dismuke | Black |
| 17-cr-00096 | Jeremy Crumb | Black |
| 17-cr-00097 | Terry Robinson | Black |
| 17-cr-00100 | Leroy Sanapaw | Native American |
| 17-cr-00102 | Sheila Madosh | Native American |
| 17-cr-00111 | Levester Brown | Black |
| 17-cr-00111 | Christopher Champine | White |
| 17-cr-00111 | Umero Salana | Hispanic |
| 17-cr-00111 | Christopher Maccani | White |
| 17-cr-00111 | Jimmy Desotell | White |
| 17-cr-00111 | Ryan Pieper | White |
| 17-cr-00113 | Luis Gomez | Hispanic |
| 17-cr-00113 | Pable Hidalgo-Sanchez | Hispanic |
| 17-cr-00113 | Fernando Reyes | Hispanic |
| 17-cr-00113 | Mario Esquivel-Sotelo | Hispanic |
| 17-cr-00113 | Oscar Garnica-Marnriquez | Hispanic |
| 17-cr-00113 | Juan Avina | Hispanic |
| 17-cr-00113 | Jonathan Martinez-Acosta | Hispanic |
| 17-cr-00113 | Helder Rodriguez | Hispanic |

**Exhibit 2:** Defendants charged with drug trafficking crimes in Eastern District of Wisconsin (January 1, 2017 to June 30, 2018).

| | | |
|---|---|---|
| 17-cr-00113 | Sergio Camacho-Gonzalez | Hispanic |
| 17-cr-00113 | Ricardo Cervantes-Vargas | Hispanic |
| 17-cr-00113 | Carlos Flores-Gomez | Hispanic |
| 17-cr-00113 | Roberto Quiros-Cervantes | Hispanic |
| 17-cr-00113 | Ricardo Rodriguez | Hispanic |
| 17-cr-00113 | Kristian Yanez | Hispanic |
| 17-cr-00113 | Luis Torres | Hispanic |
| 17-cr-00113 | Bryan Banks | Black |
| 17-cr-00113 | Dante Williams | Black |
| 17-cr-00113 | Tommie Cole | Black |
| 17-cr-00113 | Alejandro Castenada | Hispanic |
| 17-cr-00113 | Maricela Dominguez | Hispanic |
| 17-cr-00113 | Maria Gomez-Gonzalez | Hispanic |
| 17-cr-00126 | Damien Gambrell | Black |
| 17-cr-00138 | Rakim Burns | Black |
| 17-cr-00139 | Xolani Idris | Black |
| 17-cr-00145 | Andrae Dotson | Black |
| 17-cr-00147 | Travis Office | Black |
| 17-cr-00156 | Jerry Scott | Black |
| 17-cr-00159 | Tyler Kuhnke | White |
| 17-cr-00168 | Romell Lewis | Black |
| 17-cr-00175 | Torrance Harris | Black |
| 17-cr-00175 | Terrance Hamlin | Black |
| 17-cr-00175 | Michael Davis | Black |
| 17-cr-00175 | Fontae Kelley | Black |
| 17-cr-00175 | Terrence Jackson | Black |
| 17-cr-00175 | Jerry Gray | Black |
| 17-cr-00175 | Phillip Edwards | Black |
| 17-cr-00175 | Clarence Bogan | Black |
| 17-cr-00175 | Royel Page | Black |
| 17-cr-00175 | Joseph Davis | Black |
| 17-cr-00175 | Kevin Williams | Black |
| 17-cr-00183 | Tierrablanca-Galindo | Hispanic |
| 17-cr-00189 | Dominique Carr | Black |
| 17-cr-00191 | Steven Lewis | Black |
| 17-cr-00191 | Theresa Lewis | Black |
| 17-cr-00191 | Demetra Hinkle | Black |
| 17-cr-00194 | Anthony Chaplin | White |
| 17-cr-00202 | Daemion Taylor | Black |

**Exhibit 2:** Defendants charged with drug trafficking crimes in Eastern District of Wisconsin (January 1, 2017 to June 30, 2018).

| | | |
|---|---|---|
| 17-cr-00205 | Floyd Marlow | Black |
| 17-cr-00217 | Clifton Morrison | Black |
| 17-cr-00217 | Ronnie McFadden | Black |
| 17-cr-00217 | Dewayne Alexander | Black |
| 17-cr-00217 | David Wilder | Black |
| 17-cr-00217 | Tommie Stevens | Black |
| 17-cr-00217 | Jose Rodriguez | Hispanic |
| 17-cr-00217 | Miguel Rodriguez | Hispanic |
| 17-cr-00217 | Luis Nevarez | Hispanic |
| 17-cr-00217 | Brenda Valverde | Hispanic |
| 17-cr-00217 | Frederick Perry | Black |
| 17-cr-00217 | Germaine Johnson | Black |
| 17-cr-00217 | Daniel Carter | Black |
| 17-cr-00217 | Don Walker-Cruise | Black |
| 17-cr-00217 | Ricky Christopher | Black |
| 17-cr-00217 | David Coleman | Black |
| 17-cr-00217 | Kellin Morrison | Black |
| 17-cr-00219 | Larry Brown | Black |
| 17-cr-00223 | Robert Losse | White |
| 17-cr-00223 | Craig Hanneman | White |
| 17-cr-00223 | Lee Carter | White |
| 17-cr-00223 | Zachary Dittmer | White |
| 17-cr-00223 | Joshua Murphy | White |
| 17-cr-00223 | Andrew Thede | White |
| 17-cr-00223 | Cabrera-Santiago | Hispanic |
| 18-cr-00016 | Josef Habib | Arab |
| 18-cr-00016 | Rabert Malkin | White |
| 18-cr-00016 | Seth Jacobs | White |
| 18-cr-00016 | Corianne Markowski | White |
| 18-cr-00016 | Mohammed Omar | Arab |
| 18-cr-00016 | Alae Arbi | Arab |
| 18-cr-00016 | Nahom Hagos | Black |
| 18-cr-00016 | Fredric Birault | White |
| 18-cr-00018 | David Shanks | Black |
| 18-cr-00027 | Francisco Viera-Espino | Hispanic |
| 18-cr-00027 | Esgardo Viera-Orozco | Hispanic |
| 18-cr-00037 | Corey Wright | Black |
| 18-cr-00054 | Cory Griffin | Black |
| 18-cr-00072 | Frost, Charles | White |

**Exhibit 2:** Defendants charged with drug trafficking crimes in Eastern District of Wisconsin (January 1, 2017 to June 30, 2018).

| | | |
|---|---|---|
| 18-cr-00073 | Gabriel Griffin | Black |
| 18-cr-00075 | Harry Johnson Sr. | Black |
| 18-cr-00075 | Harry Johnson Jr. | Black |
| 18-cr-00087 | Robert Zehren | White |
| 18-cr-00088 | Elliot Dorsey | Black |
| 18-cr-00088 | Valerie Autman | Black |
| 18-cr-00099 | Thomas Garza | Hispanic |
| 18-cr-00112 | Rehbein-Jones, Zachary | White |
| 18-cr-00122 | Jacob Maclin | Black |
| 18-cr-00128 | Ron Jones | Black |
| 18-cr-00132 | Chantelisha Clayton | Black |
| 18-cr-00133 | Michael Davis | Black |
| 18-cr-00138 | Deshon Smith | Black |
| 18-cr-00142 | Joseph Copeland | Black |
| 18-cr-00142 | Orlando Copeland | Black |
| 18-cr-00142 | Joe Turner | Black |
| 18-cr-00142 | Craig Delaney | Black |
| 18-cr-00142 | Latrice Jinor | Black |
| 18-cr-00145 | Lisa Hofschulz | White |
| 18-cr-00145 | Robert Hofschulz | White |
| 18-cr-00148 | Parish Rayford | Black |