**Exhibit 3:** White defendants not charged with violating
18 U.S.C. § 924(c) for possessing a firearm during a marijuana trafficking crime.

| <u>Jurisdiction</u> | <u>Case #</u> | <u>Name</u> | <u>Facts</u> |
|---|---|---|---|
| Eastern District of Wisconsin | 18cr16 | Corianne Markowski | During search of defendant's residence, police found 21 pounds (9500 grams) and a loaded .40 handgun. She was charged federally with conspiracy to commit drug trafficking and money laundering, but not possessing a firearm in furtherance of a drug trafficking crime. |
| Brown County | 2017CF387 | Abear, Shawn | During traffic stop, police recovered **454** grams of marijuana, $1104 and handgun. |
| Brown County | 2018CF283 | Smith, Kevin | During traffic stop, police recovered defendant's backpack containing marijuana, a scale, and a handgun. |
| Brown County | 2018CF531 | Valentine, Shane | During traffic stop, police recovered marijuana, a scale, $2100 and a handgun. |
| Kenosha County | 2017CF384 | Olson, John | During the execution of a search warrant at the defendant's home, police found digital scales, and over **750** grams of marijuana. |
| Kenosha County | 2018CF460 | Nye, Jason | During a traffic stop, police searched the defendant's vehicle. In the center console, they found a loaded 9mm pistol, and **35 grams** of THC wax packaged in 12 separate envelopes. In the trunk, police found a scale with a waxy substance on it. |
| Kenosha County | 2018CF472 | Smith, Albert | During search of a home, police found **353** grams of marijuana with indicia of distribution, and 24 firearms. |
| Kenosha County | 2018CF687 | Slater, Jesse | After several controlled buys of marijuana, police executed a search warrant of the defendant's home. They found a loaded .38 caliber handgun, indicia of drug trafficking, and **1,144** grams of marijuana |

**Exhibit 3:** White defendants not charged with violating
18 U.S.C. § 924(c) for possessing a firearm during a marijuana trafficking crime.

| | | | |
|---|---|---|---|
| Manitowoc County | 2018CF309 | Kane, Charles | During the execution of a search warrant at the defendant's home, police found 3 firearms, a digital scale, and over **50** grams of marijuana. |
| Marinette County | 2017CF81 | Thebo, Drew | During a traffic stop, police had a trained K9 alert to the vehicle. During a search, police found **475** grams of marijuana and a handgun under the driver's seat. |
| Marquette County | 2017CF55 | Salaja, Geoffrey | During a search of the defendant's property, police found **37** marijuana plants, approximately 24 grams of marijuana and 7 firearms. |
| Menominee County | 2018CF08 | Washuleski, Lynn | Police found **6** grown marijuana plants on defendant's property. During a subsequent search of his residence, police found several firearms. |
| Milwaukee County | 2017CF1708 | Segura, Victor | During a traffic stop, police recovered **30 grams** of THC from floor by defendant's feet and a handgun on his hip. |
| Milwaukee County | 2017CF3501 | Wilke, Curtis | During search warrant execution, police recovered a loaded firearm located next to **1000** grams of marijuana. |
| Milwaukee County | 2017CF5636 | Parrish, Brandon | During traffic stop, police recovered gun from defendant's coat pocket and **500** grams of marijuana and a scale in his vehicle. |
| Milwaukee County | 2018CF314 | Krueger, Cory | During traffic stop, police found marijuana packaged in a way indicative of distribution, $1300, and a gun. |
| Milwaukee County | 2018CF2290 | Matheu, Matthew | During search warrant, police recovered a scale and loaded .40 handgun between the mattress and box spring, and **271** grams of marijuana. |

**Exhibit 3:** White defendants not charged with violating
18 U.S.C. § 924(c) for possessing a firearm during a marijuana trafficking crime.

| | | | |
|---|---|---|---|
| Milwaukee County | 2018CF2446 | Blunt, Charles | During traffic stop, police recovered **90** grams of marijuana and two firearms. |
| Milwaukee County | 2018CF2833 | Carney, Kenneth | During search warrant, police found 9 firearms, **1502** grams of marijuana and over $100,000 in cash. |
| Milwaukee County | 2018CF2836 | Stulo, Justin | During search warrant, police found 9 firearms, **1502** grams of marijuana and over $100,000 in cash. |
| Milwaukee County | 2018CF2837 | Stulo, Richard | During search warrant, police found 9 firearms, **1502** grams of marijuana and over $100,000 in cash. |
| Milwaukee County | 2018CF4704 | Osting, Joshua | During search warrant, police found **50** grams of marijuana, 2 firearms, scales and cash. |
| Outagamie County | 2017CF0467 | Gray, Jeffrey | After purchasing almost a pound of marijuana from the defendant on three separate occasions, police executed a search warrant. During the search, police found approximately **450** grams of marijuana and a shotgun. |
| Outagamie County | 2018CF0759 | Olson, Andrew | During a controlled buy of an ounce of marijuana from the defendant, the defendant showed the informant a handgun. Police later executed a search warrant at the defendant's home. Police found almost **500** grams of marijuana, **236** grams of THC edibles, and a firearm. |
| Racine County | 2017CF0113 | Chambliss, Robert | During a traffic stop, police found a loaded .45 caliber handgun and **136.5** grams of marijuana, a digital scale and 2 cell phones. Police went to his home and found over a pound of marijuana, scales and over $2000 in cash. |
| Racine County | 2017CF1092 | Peacock, Cody | During traffic stop, police found **183** grams of marijuana, about $1000 in cash, 3 cell phones, a digital scale, and a semi-automatic handgun and ammunition. |

**Exhibit 3:** White defendants not charged with violating
18 U.S.C. § 924(c) for possessing a firearm during a marijuana trafficking crime.

| | | | |
|---|---|---|---|
| Racine County | 2018CF123 | Hankins, Andrea | During a traffic stop, police found approximately **200** grams of marijuana, a scale, $845 in cash two pistols and an AR-15 assault rifle. |
| Racine County | 2018CF317 | Murphy, Kyler | Police attempted to arrest a man wanted on a warrant. After a struggle, police found 3 separate packages of marijuana and a loaded .22 caliber revolver. |
| Racine County | 2018CF356 | Smith, Steven | During a dispatch call to a residence, police recovered **1,148** grams of marijuana, $2674 in cash and a handgun. |
| Racine County | 2018CF511 | Krogh, Jacob | During a search warrant at the defendant's home, police found **139** grams of marijuana and a .32 caliber revolver. Police also found cocaine and heroin in the residence. |
| Racine County | 2018CF604 | Pisano, Joshua | During a traffic stop, police searched the defendant's vehicle. They found **42** grams of THC packaged in separate bags indicative of distribution and a digital scale. They also recovered a 9mm handgun. |
| Racine County | 2018CF1369 | Minor, Charles | During execution of search warrant, police found marijuana, a scale, sandwich baggies, cash, and a semi-automatic rifle. |
| Shawano County | 2017CF42 | Hofman, Daniel | In "one of the largest drug cases ever seen in Shawano County[1]", police identified Hofman as a central figure in a large scale marijuana trafficking organization. Investigation connected him to firearms also. |

---

[1] Tim Ryan, *Central figure in conspiracy sentenced: Drug case called the largest ever seen in county*, The Shawano Leader (September 28, 2018) *available at*: https://www.shawanoleader.com/articles/2018/09/28/central-figure-conspiracy-sentenced

**Exhibit 3:** White defendants not charged with violating
18 U.S.C. § 924(c) for possessing a firearm during a marijuana trafficking crime.

| | | | |
|---|---|---|---|
| Shawano County | 2017CF244 | Keuschel, Christopher | During a search warrant at the defendant's home, police found numerous firearms and ammunition and marijuana plants. |
| Shawano County | 2018CF331 | Johnson, Jamie | During a search warrant at the defendant's home, police found digital scales, over **100** grams of marijuana, and a multiple firearms. |
| Sheboygan County | 2017CF651 | Martin, Nicholas | Defendant was wanted by Sheboygan authorities for a vehicle pursuit. After locating him, police found marijuana and methamphetamine, a drug ledger, and three firearms. |
| Walworth County | 2017CF76 | Martinez, Aaron | During a traffic stop, police searched the defendant's car. They found, amongst other things, a bag with a loaded 9mm handgun, marijuana, a digital scale, and over $400 in cash. |
| Waukesha County | 2017CF404 | Loos, Nathan | Police conducted five controlled buys from the defendant totaling almost **one pound** of marijuana and two ounces of THC wax. Immediately after the last controlled buy, police stopped the defendant. During a search of his car, police found a loaded handgun. |
| Waukesha County | 2017CF1636 | Schaumberg, Dennis | During the execution of a **federal** search warrant, police found a "very elaborate marijuana grow operation." That included 25 marijuana plants, over **1800** grams of marijuana, and a .22 caliber rifle. |
| Waukesha County | 2017CF1668 | Barron, Justin | Case information sealed, but the defendant is charged with Possession with Intent to Deliver THC (less than 200 grams) and Carrying a Concealed Weapon. |
| Waupaca County | 2018CF266 | Chaplin, John | During search warrant, police found **380** grams of marijuana and 9 firearms |

**Exhibit 3:** White defendants not charged with violating
18 U.S.C. § 924(c) for possessing a firearm during a marijuana trafficking crime.

| Waushara County | 2018CF03 | Reynolds, Nathan | During search warrant, police found 1500 grams of marijuana, evidence of a marijuana grow operation, and a 12 gauge shotgun. |
|---|---|---|---|