# Milwaukee Police Department
# Violent Crime by Quarter

| Homicide | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| Quarter 1 | 11 | 30 | 23 | 25 | 21 |
| Quarter 2 | 24 | 44 | 32 | 29 | 32 |
| Quarter 3 | 28 | 39 | 43 | 38 | 31 |
| Quarter 4 | 23 | 34 | 44 | 27 | 0 |
| **Total** | **86** | **147** | **142** | **119** | **84** |

| Non-Fatal Shootings | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| Quarter 1 | 80 | 103 | 115 | 102 | 94 |
| Quarter 2 | 177 | 195 | 152 | 168 | 132 |
| Quarter 3 | 192 | 173 | 159 | 182 | 155 |
| Quarter 4 | 132 | 162 | 129 | 106 | 0 |
| **Total** | **581** | **633** | **555** | **558** | **381** |

| Rape | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| Quarter 1 | 109 | 105 | 140 | 92 | 134 |
| Quarter 2 | 115 | 87 | 114 | 139 | 144 |
| Quarter 3 | 118 | 138 | 126 | 114 | 129 |
| Quarter 4 | 96 | 112 | 106 | 91 | 0 |
| **Total** | **438** | **442** | **486** | **436** | **407** |

| Robbery | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| Quarter 1 | 645 | 772 | 792 | 645 | 554 |
| Quarter 2 | 915 | 913 | 759 | 712 | 532 |
| Quarter 3 | 1,030 | 1,064 | 860 | 804 | 612 |
| Quarter 4 | 995 | 1,028 | 890 | 787 | 0 |
| **Total** | **3,585** | **3,777** | **3,301** | **2,948** | **1,698** |

| Aggravated Assault | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| Quarter 1 | 870 | 970 | 1,199 | 1,301 | 1,349 |
| Quarter 2 | 1,321 | 1,428 | 1,450 | 1,645 | 1,551 |
| Quarter 3 | 1,502 | 1,628 | 1,457 | 1,779 | 1,616 |
| Quarter 4 | 1,231 | 1,307 | 1,240 | 1,382 | 0 |
| **Total** | **4,924** | **5,333** | **5,346** | **6,107** | **4,516** |

Sources: Homicide and non-fatal shooting data obtained from the OMAP homicide and non-fatal shooting databases and counts victims for the time period of January 1 – December 31, 2014-2017 and January 1 – September 30, 2018. Rape, robbery, and aggravated assault data obtained from the Records Management System (RMS) based on the reported date for the time period of January 1 – December 31, 2014-2017 and the historical and current DCS Fact Tables based on the reported date for the time period of January 1 – September 30, 2018. Aggravated assault and rape (11A, 11B, 11C) are counted by victims; robbery is counted by incidents. Note 2018 reflects preliminary data and may be subject to change for a period of up to two years.

Exhibit A