**Exhibit 4: Defendants charged with marijuana-only § 924(c)'s, 2004-2013**

| Case Number | Defendant | Race |
|---|---|---|
| 2:05-cr-00156-CNC | Gerardo Perez-Velasco | Hispanic |
| 2:05-cr-00288-CNC | Bounchanh B Kanekeo | Asian |
| 2:05-cr-00288-CNC | Chittana Phimthasack | Asian |
| 2:07-cr-00229-LA | Damon Richmond | Black |
| 2:08-cr-00036-PP | David P Leblanc | White |
| 2:08-cr-00086-CNC | Donald Simms | Black |
| 2:09-cr-00117-WCG | William Wright | Black |
| 2:09-cr-00184-RTR | Antonio Johnson | Black |
| 2:11-cr-00035-JPS | George Washington | Black |
| 2:11-cr-00041-JPS | Gilbert Kerner | White |
| 2:11-cr-00128-JPS | Nathan Williams | Black |
| 2:11-cr-00279-LA | Jonnie Lopez | Hispanic |
| 2:12-cr-00064-JPS | Ryan J Raketti | White |
| 2:12-cr-00064-JPS | Matthew D Gardipee | White |
| 2:12-cr-00146-LA | Dwaine Sanders | Black |
| 2:12-cr-00204-WCG | Antonio E Crayton | Black |
| 2:12-cr-00204-WCG | Adoni P Toniolo | White |
| 2:12-cr-00268-JPS | Jermaine Tucker | Black |
| 2:13-cr-00082-LA | Tyson Wehrmeister | White |
| 2:13-cr-00106-RTR | James Catchings | Black |
| 2:13-cr-00146-JPS | Hubert Howard | Black |
| 2:13-cr-00193-JPS | Edward Patterson | White |
| 2:13-cr-00193-JPS | Bernardo Espinosa-Zamudio | Hispanic |